IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENDELL COTTRELL MEANS, #215733, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:21-cv-399-ECM |
| | ) (WO) |
| SGT. SEDRICK WOODGET, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION and ORDER

On January 18, 2022, the Magistrate Judge entered a Recommendation (doc. 32) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to comply with the orders of this Court.

A separate Final Judgment will be entered.

DONE this 8th day of February, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE